IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| IN RE: CUMMINGS MANOOKIAN, PLLC, )<br>)<br>Debtor )<br>)<br>BRIAN MANOOKIAN, )<br>)<br>Appellant )<br>)<br>v. )<br>)<br>JEANNE ANN BURTON, TRUSTEE, )<br>)<br>Appellee. ) | Civil No. 3:24-cv-00209<br>Judge Trauger |

## O R D E R

Trustee/Appellee has filed a Motion to Stay Briefing Schedule (Doc. No. 5) that is not opposed by the appellant (Doc. No. 9). The motion is hereby GRANTED, so that the parties may engage in mediation at the Sixth Circuit Court of Appeals. Any response date to the Motion to Dismiss Untimely Appeal (Doc. No. 4) will be set in a later order of the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge