IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| IN RE: CUMMINGS MANOOKIAN, PLLC, ) | |
| ) | |
| Debtor ) | |
| ) | |
| BRIAN MANOOKIAN, ) | |
| ) | Civil No. 3:24-cv-00209 |
| Appellant ) | Judge Trauger |
| ) | |
| v. ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| ) | |
| Appellee. ) | |

**O R D E R**

It is hereby ORDERED that Appellant Brian Manookian shall respond to the Motion to Dismiss Untimely Appeal (Doc. No. 4) by May 31, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge